UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD T. SCHAEFER, JOYCE E. SCHAEFER, and VINTAGE COLLECTIBLES, INC., ) ) ) ) Plaintiffs, ) ) v. ) ) FEDERAL TRADE COMMISSION, ) ) Defendant. ) | CASE NO. 1:03-cv-0418-DFH-WTL |

FINAL JUDGMENT

The court has today issued its entry on defendant's renewed motion to dismiss. That motion is granted for the reasons stated in the court's entry.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs Ronald T. Schaefer, Joyce E. Schaefer, and Vintage Collectibles, Inc., take nothing by their complaint againt defendant Federal Trade Commission, and that this action is hereby DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

Date:   9/16/05

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Linda S Carmichael*

      Deputy Clerk, U.S. District Court

Copies to:

John R. Price
JOHN R PRICE & ASSOCIATES
john@johnpricelaw.com

Jill E. Zengler
UNITED STATES ATTORNEY'S OFFICE
jill.zengler@usdoj.gov